IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARIETTA AREA HEALTHCARE, INC., et al.,

    Plaintiffs,

v.                                                                     Civil Action No. 5:23-cv-131
                                                                        Judge Bailey

CAMDEN-CLARK MEMORIAL HOSPITAL
CORPIRATION, et al.,

    Defendants.

## DEFENDANTS' MOTION TO DISMISS

    Defendants Camden-Clark Memorial Hospital Corp.; Camden-Clark Health Services, Inc.; West Virginia United Health System, Inc, d/b/a West Virginia University Health System; and West Virginia University Hospitals, Inc. (collectively, "Camden-Clark/WVUHS"), by counsel, move to dismiss Plaintiffs Marietta Area Healthcare, Marietta Memorial Hospital, and Marietta Healthcare Physicians, Inc.'s Second Amended Complaint (Dkt. 28) with prejudice under Federal Rule of Civil Procedure 12(b)(6).

    As explained in the accompanying memorandum, Plaintiffs' claims are barred by *res judicata*. The Court should also dismiss Plaintiffs' claims as preempted by the False Claims Act, as against public policy, for failure to show causation as a matter of law, as time-barred under the applicable one- and two-year statutes of limitation, and for failure to state a claim. The bases for this Motion are set forth more fully in the accompanying memorandum of law, which Camden-Clark/WVUHS incorporate herein.

    Dated: August 21, 2023

CAMDEN-CLARK MEMORIAL HOSPITAL CORPORATION, CAMDEN-CLARK HEALTH SERVICES, INC., WEST VIRGINIA UNITED HEALTH SYSTEM, INC., d/b/a WEST VIRGINIA UNIVERSITY HEALTH SYSTEM; and WEST VIRGINIA UNIVERSITY HOSPITALS, INC.

BY COUNSEL:


/s/ *Susan W. Romaine*
Susan W. Romaine (WVSB #9936)
Andrew B. Cooke (WVSB #36564)
Sherrie Armstrong Davis (WVSB #11525)
Tessa L. Adkins (WVSB #13941)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV  25338-3824
Telephone:  304.414.1800
Email:  swromaine@tcspllc.com
  acooke@tcspllc.com
  sarmstrongdavis@tcspllc.com
  tadkins@tcspllc.com

Christine S. Vaglienti (WVSB#4987)
Assistant Vice President and Senior Litigation Counsel
West Virginia University Health System Legal Services
1238 Sunset Towne Centre
Morgantown, WV 26505
Telephone: 304.598.4199
Email: vaglientic@wvumedicine.org

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARIETTA AREA HEALTHCARE, INC., et al.,

    Plaintiffs,

v.                                                        Civil Action No. 5:23-cv-131
                                                          Judge Bailey

CAMDEN-CLARK MEMORIAL HOSPITAL
CORPIRATION, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of same to counsel of record.

                                                    /s/ *Susan W. Romaine*
                                                    Susan W. Romaine (WVSB #9936)
                                                    Andrew B. Cooke (WVSB #36564)
                                                    Sherrie Armstrong Davis (WVSB #11525)
                                                    Tessa L. Adkins (WVSB #13941)
                                                    THOMAS COMBS & SPANN, PLLC
                                                    300 Summers Street, Suite 1380 (25301)
                                                    P.O. Box 3824
                                                    Charleston, WV  25338-3824
                                                    Telephone:  304.414.1800
                                                    Email:  swromaine@tcspllc.com
                                                                  acooke@tcspllc.com
                                                                  sarmstrongdavis@tcspllc.com
                                                                  tadkins@tcspllc.com

                                                  Christine S. Vaglienti (WVSB#4987)
                                                  Assistant Vice President and Senior Litigation Counsel

        West Virginia University Health System Legal Services
1238 Sunset Towne Centre
Morgantown, WV 26505
Telephone: 304.598.4199
Email: vaglientic@wvumedicine.org